No. 00–9963. QUARTERMAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–9967. SULUKI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–9969. DAVALOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–9970. CORRERA-GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9971. CERROS-CHAVIRA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9972. CLARK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–9979. NAVA-PEREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9980. PARRA-FLORES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9981. PACHECO-MARTINEZ, AKA PACHECO DE MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9982. PONZ-GOMEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9984. ROMERO RAMOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9985. MATA-HUERTA, AKA MATA, ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9990. SANCHEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–9999. PAROLIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–10000. WATSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.